UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO SANCHEZ, JR.,

Plaintiff,

v.

DEPARTMENT OF JUSTICE et al.,

Defendant.

Civil Action No. 25-1976 (AHA)

**JOINT STATUS REPORT**

Plaintiff, Ricardo Sanchez, Jr., ("Plaintiff") and the Department of Justice ("DOJ"), the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), the Drug Enforcement Administration ("DEA"), and the Federal Bureau of Investigation ("FBI") (collectively "Defendants") submit this status report in this Freedom of Information Act "(FOIA") case.

1. This case stems from Plaintiff's FOIA requests to FBI, ATF and DEA seeking information regarding third party individuals who were connected to Plaintiff's criminal case.

2. Defendants maintain their individual responses to Plaintiff's FOIA request, informing Plaintiff that the records that he seeks, if they exist, are exempted from disclosure under the Privacy Act 5 U.S.C. § 552a and the FOIA Exemptions 5 U.S.C. § 552(b)(6) and (b)(7)(C).

3. Plaintiff challenges the adequacy of the agencies' search for responsive records and the (b)(6), (b)(7)(C) exemptions relied on by the Defendants. Plaintiff believes that information related to his FOIA requests could be segregated and produced in whole or in part.

- 2 -

4.      The parties have conferred in good faith over the outstanding issues in this matter but have hit an impasse. The parties respectfully propose the following summary judgment briefing schedule:[1]

| May 27, 2026 | Defendant's Motion for Summary Judgment |
| June 29, 2026 | Plaintiff's Combined Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgement |
| July 24, 2026 | Defendant's combined Reply in further support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion |
| August 18, 2026 | Plaintiff's Reply in further support of his Cross-Motion |

Dated: February 26, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Luke P. Ihnen*
Luke P. Ihnen (TN BPR 035190)
Assistant Federal Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Ph: (865) 637-7979
Email: Luke_Ihnen@fd.org

*Attorney for the Plaintiff*

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

---

[1]     The proposed schedule accounts for the government's counsel's extended leave from March 6, 2026 through March 23, 2026.