UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICARDO SANCHEZ, JR.,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>DEPARTMENT OF JUSTICE et al.,<br><br>    Defendants. | Civil Action No. 25-1976 (AHA) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PREMOTION
STATEMENTS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Department of Justice, Bureau of

Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Drug Enforcement Administration

("DEA"), and Federal Bureau of Investigation ("FBI"), (collectively "Defendants"), by and

through the undersigned counsel, respectfully move this Court for a thirty day extension for the

parties to file pre-motion statements. Plaintiff, through counsel, has graciously consented to the

relief requested herein.

There is good cause to enlarge the time to file pre-motion statements. In support of this

motion the Defendants state as follows:

1.      Plaintiff filed this complaint pursuant to the Freedom of Information Act ("FOIA")

on June 25, 2025. *See* Compl. (ECF No. 1). On February 26, 2026, after informal discussion, the

parties hit an impasse and proposed a summary judgment briefing schedule. On February 27,

2026, the Court entered a schedule for pre-motion statements. *See* Feb. 27, 2026, Min. Order.

Defendants' premotion statement is due on March 13, 2026. *See id*.

2.      The undersigned counsel for the Defendants will be on extended medical leave from March 6, 2026 through March 23, 2026. Accordingly, the Defendants require additional time to draft a premotion statement and for the statement to undergo internal review.

3.      This is the first extension of this or any other deadline that the Defendants have requested. The extension requested by the Defendants will affect the related due dates outlined in the Court's February 27, 2026, Minute Order. Defendants respectfully propose the following due dates in this case:

- April 13, 2026, Defendants shall file a premotion statement of no more than ten pages describing the issues for and against summary judgment.

- April 27, 2026, Plaintiff shall file a responsive statement of no more than ten pages describing the issues for and against summary judgment. The responsive statement shall also include at least three one-hour windows in which counsel for both parties would be available for a premotion conference on a Wednesday or Thursday between 2:00 p.m. and 4:00 p.m. The parties shall also indicate their preference for an in-person or Zoom conference and shall provide a joint proposed briefing schedule for the motion for summary judgment.

4.      Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendants conferred with Plaintiff through Plaintiff's counsel and Plaintiff consents to this request for an extension.

For the foregoing reasons, the Defendants respectfully request that the Court grant this motion and allow the Defendants file their premotion statement by April 13, 2026. A proposed Order is being filed with this motion.

Dated: March 4, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICARDO SANCHEZ, JR.,

    Plaintiff,

    v.

DEPARTMENT OF JUSTICE et al.,

    Defendants.

Civil Action No. 25-1976 (AHA)

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Consent Motion for Extension of Time File Premotion Statement, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

- On April 13, 2026, Defendants shall file a premotion statement of no more than ten pages describing the issues for and against summary judgment.

- On April 27, 2026, Plaintiff shall file a responsive statement of no more than ten pages describing the issues for and against summary judgment. The responsive statement shall also include at least three one-hour windows in which counsel for both parties would be available for a premotion conference on a Wednesday or Thursday between 2:00 p.m. and 4:00 p.m. The parties shall also indicate their preference for an in-person or Zoom conference and shall provide a joint proposed briefing schedule for the motion for summary judgment.

- 2 -

SO ORDERED this _____ day of July _____, 2025.

_____
 Amir H. Ali
United States District Court Judge