UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICADO SANCHEZ, JR.,

Plaintiff,

v.

DEPARTMENT OF JUSTICE et al.,

Defendant.

Civil Action No. 25-1976 (AHA)

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above-captioned action stipulate to its dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated: November 9, 2026

By: /s/ Luke P. Ihnen
Luke P. Ihnen (TN BPR 035190)
Assistant Federal Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Ph: (865) 637-7979
Email: Luke_Ihnen@fd.org

*Attorney for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kimberly A. Stratton
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*